PROB 12B
(7/93)



# United States District Court
## for the
## District of Alaska

**Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: James W. Scott                             Case Number: 4:04CR-003-01 (RRB)

Sentencing Judicial Officer:   Ralph R. Beistline, U.S. District Court Judge

Date of Original Sentence:   December 8, 2004

Original Offense:   Dealing in Counterfeit Obligations of the United States (two counts) in violation of 18 U.S.C. § 473

Original Sentence:   15 months imprisonment, three years supervised release and special conditions to include substance abuse treatment/testing and warrantless search

Date Supervision Commenced: November 25, 2005

### PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

The defendant shall reside at the North Star Community Correctional Center (CCC) for a period of no more than 15 days at the direction of the probation officer, shall abide by all rules and regulations of the CCC, shall be eligible for work release and substance abuse counseling.

### CAUSE

On November 25, 2005, the defendant was released from the custody of the Bureau of Prisons, and began serving his three year term of supervised release. Condition of release have been read and explained to the defendant.

On June 4, 2006, the defendant was contacted by Alaska State Trooper Bower in connection to a traffic stop. The defendant was cited for No Valid Operator's License, summoned to appear and released.

The following day, June 5, 2006, the defendant was contacted a second time by Alaska State Trooper Bower, after being recognized as a driver who did not have a valid license. The defendant was arrested and transported to Mat-Su Correctional Center. The defendant received a sentence of 30 days jail with 29 days jail suspended (credit for time served), and released.

*Request for Modification of Conditions*
*James W. Scott*
*F04-003-01CR (RRB)*

It is respectfully requested that the defendant's conditions of supervised release be modified to include a 15 day placement at North Star Community Correctional Center, with work release and substance abuse counseling.

Respectfully submitted,

redacted signature

Toni M. Ostanik
U.S. Probation/Pretrial Services Officer
Date: June 14, 2006

Approved by:

redacted signature

Eric D. Odegard
Supervising U.S. Probation Officer

**THE COURT ORDERS:**

[ ✓ ] The Modification of Conditions as Noted Above
[ ] File a Petition to Revoke
[ ] Other:

REDACTED SIGNATURE

Ralph R. Beistline
U.S. District Court Judge
Date: 6/24/06

-2-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

U.S.A. v James W. Scott                                  Docket No. 4:04CR003 (RRB)

I, __James W. Scott__, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

The defendant shall reside at the North Star Community Correctional Center (CCC) for a period of no more than 15 days at the direction of the probation officer, shall abide by all rules and regulations of the CCC, shall be eligible for work release and substance abuse counseling.

Signed: _[signature]_                              Date: 4-12-06
        James W. Scott

Witness: _redacted signature_                       Date: 6-12-06
         Toni M. Ostanik
         U.S. Probation/Pretrial Services Officer