RECEIVED
JAN 0 8 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# United States District Court
## for the
## District of Alaska

**Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: James W. Scott               Case Number: 4:04CR-003-01 (RRB)

Sentencing Judicial Officer:   Ralph R. Beistline, U.S. District Court Judge

Date of Original Sentence:   December 8, 2004

Original Offense:   Dealing in Counterfeit Obligations of the United States (two counts) in violation of 18 U.S.C. § 473

Original Sentence:   15 months imprisonment, three years supervised release and special conditions to include substance abuse treatment/testing and warrantless search

Date Supervision Commenced: November 25, 2005

### PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

The defendant shall reside at the North Star Community Correctional Center (CCC) for a period of an additional 30 day, for a total of no more than 60 days at the direction of the probation officer, shall abide by all rules and regulations of the CCC, shall be eligible for work release and substance abuse counseling.

### CAUSE

On November 25, 2005, the defendant was released from the custody of the Bureau of Prisons, and began serving his three year term of supervised release, which included random urinalysis testing.

On December 28, 2006, the defendant submitted a positive urinalysis for cocaine and THC. The defendant continues to engage in substance abuse treatment and due to the positive result confirmed by KROLL Laboratories, the defendant's current substance abuse treatment plan has been amended to provide increased substance abuse treatment services.

The defendant has agreed for placement at the North Star Community Correctional Center for an additional 30 days, to include work release, substance abuse counseling and testing. Additionally, the continued stability of this environment appears to be beneficial for the defendant's adjustment to a clean

*Request for Modification of Conditions*
*James W. Scott*
*F04-003-01CR (RRB)*

and sober lifestyle. It is respectfully recommended that this proposed modification be approved.

Respectfully submitted,

**REDACTED SIGNATURE**

Toni M. Ostanik
U.S. Probation/Pretrial Services Officer
Date: January 8, 2007

Approved by:

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

---

**THE COURT ORDERS:**

[✓]  The Modification of Conditions as Noted Above
[ ]  File a Petition to Revoke
[ ]  Other:

_____

_____

**REDACTED SIGNATURE**

Ralph R. Beistline
U.S. District Court Judge
Date: 1/08/07

-2-

JAN-08-2007 MON 12:29 PM US PROBATION FAIRBANKS    FAX NO. 9074560293    P. 02

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

## UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

U.S.A. v James W. Scott                                    Docket No. 4:04CR003 (RRB)

    I, __James W. Scott__, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

    The defendant shall reside at the North Star Community Correctional Center (CCC) for a additional period of 30 days, for a total of no more than 60 days at the direction of the probation officer, shall abide by all rules and regulations of the CCC, shall be eligible for work release and substance abuse counseling.

Signed: REDACTED SIGNATURE                              Date: 1-8-07
       James W. Scott
       Probationer or Supervised Releasee

Witness: REDACTED SIGNATURE                              Date: 1-8-2007
       Toni M. Ostanik
       U.S. Probation/Pretrial Services Officer