AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

RECEIVED
JUN 05 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

| | |
|---|---|
| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
| V. | Case Number: 4:04-CR-003-01 RRB |
| JAMES W. SCOTT<br>252 Minnie St. #12<br>Tamarac Inn<br>Fairbanks, Alaska 99701 | ORIGINAL |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 456-0266 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place<br>U.S. Courthouse<br>101 12th Avenue<br>Fairbanks, Alaska 99701-6283 | Room<br>Courtroom 2 |
|---|---|
| Before: Magistrate Judge Terrance W. Hall | Date and Time<br>July 5, 2007<br>1:30 pm |

To answer a(n)
[] Indictment  [] Information  [] Complaint  [] Violation Notice  [X] Supervised Release

```
Charging you with a violation of:
     (Original Offense) Title 18 United States Code, Section(s) 473

Brief description of offense: Violation of Supervision Condition 9.


Ida Romack, Clerk of Court                May 25, 2007 at Fairbanks, Alaska
Signature of Issuing Officer              Date and Location

by   REDACTED SIGNATURE   Deputy Clerk
Name and Title of Issuing Officer
```

**NOTICE:** If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 601 W. 5th Avenue, Suite 800, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1] _Toni M Olanik_     Date _May 30, 2007_

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: _U.S. Probation Office in Fairbank_

☐ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: _May 30, 2007_
Date

Randy M. Johnson
Name of United States Marshal

_Toni M Olanik_
(by) ~~Deputy United States Marshal~~
U.S. Probation Officer

Remarks:

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.