MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __JAMES W. SCOTT__ CASE NO. _4:04-CR-00003-RRB-TWH_
Defendant: _X_ Present ___ In Custody _X_ On Summons ___ On Bond

BEFORE THE HONORABLE: _____TERRANCE W. HALL_____

DEPUTY CLERK/RECORDER: _____CATHRINE CONKLIN_____

UNITED STATES' ATTORNEY: _____STEPHEN COOPER_____

DEFENDANT'S ATTORNEY: _____M.J. HADEN_____

U.S.P.O.: _____TONI OSTANIK_____

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
RELEASE                                         Held: July 5, 2007
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:50 p.m. court convened.

_X_ Copy of Petition given to defendant. _X_ Waived reading.

_X_ Defendant advised of violation allegations.

_X_ Defendant advised of general rights. _X_ Waived full advisement.

_X_ Federal Public Defender re-appointed. M.J. Haden to represent the defendant.

_X_ Defendant **Denied** allegations __of the Petition For Warrant or Summons for Offender Under Supervised Release.__

_X_ Defendant released. Copy of Order Setting Conditions of Release **FILED** (unsigned by Defendant). Probation Office to file Original Order upon receipt of Defendant's signature.

_X_ Evidentiary hearing to be set before Judge Beistline.

At 2:00 p.m. court adjourned.




DATE: _____July 5, 2007_____ DEPUTY CLERK'S INITIALS:____cxc_____