MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __JAMES W. SCOTT__   CASE NO. _4:04-CR-00003-RRB-TWH_
Defendant: _X_ Present   ___ In Custody  _X_ On Summons  ___ On Bond

BEFORE THE HONORABLE:           TERRANCE W. HALL

DEPUTY CLERK/RECORDER:          CATHRINE CONKLIN

UNITED STATES' ATTORNEY:        STEPHEN COOPER

DEFENDANT'S ATTORNEY:           M.J. HADEN

U.S.P.O.:                       TONI OSTANIK

PROCEEDINGS: EVIDENTIARY HEARING ON PETITION TO REVOKE SUPERVISED
RELEASE                                  Held: August 16, 2007
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:23 am court convened.

_X_ Defendant sworn.  Stated true name. James W Scott

_X_ Court and counsel heard.

_X_ Defendant **Admitted** allegation 1 of the Petition For Warrant or Summons for Offender Under Supervised Release.

_X_ Defendant detained pending sentencing before Judge Beistline.

_X_ Other: Court recessed at 9:47, back on record at 10:24.


At 10:26 am court adjourned.







DATE: _____August 16, 2007_____ DEPUTY CLERK'S INITIALS:___cxc___