MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. JAMES W. SCOTT_____   CASE NO. 4:04-cr-0003-01 RRB
Defendant: X  Present X  In Custody ___On Summons ___On Bond

BEFORE THE HONORABLE:_____RALPH R. BEISTLINE_____

DEPUTY CLERK/RECORDER:_____LYNN GROVES-KELLEY_____

UNITED STATES' ATTORNEY:__STEPHEN COOPER_____

DEFENDANT'S ATTORNEY:_____M.J. HADEN_____

U.S.P.O.:_____TONI OSTANIK_____

PROCEEDINGS: FINAL DISPOSITION HEARING      HELD: 09/17/2007
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:17 p.m. court convened.

 X FINAL DISPOSITION HEARING:

    __Probation/Supervised Release continued.

    _X_Probation/Supervised Release revoked.

    _X_Defendant imprisoned for a period of 12 MONTHS AND 1 DAY

At 1:27 p.m. court adjourned.

DATE: September 17, 2007   DEPUTY CLERK'S INITIALS: lgk_____

Revised 6-18-07